IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD NATTRESS,<br><br>        Plaintiff,<br><br>vs.<br><br>LANCASTER COUNTY, NEBRASKA, et, al;<br><br>        Defendants. | **4:14CV3161**<br><br>**ORDER** |

IT IS ORDERED:

The motion to substitute Ryan M. Swaroff for Richard C. Grabow as counsel for Defendants, Lancaster County Nebraska; Adam T. Powers; Robert Holbrook; and Scott Eisenmann, (filing no. 39), is granted.

June 24, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge