IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD NATTRESS,<br><br>              Plaintiff,<br><br>vs.<br><br>LANCASTER COUNTY, NEBRASKA, et. al;<br><br>              Defendants. | **4:14CV3161**<br><br>**ORDER** |

The court has been advised that, upon thorough consideration of the court's ruling on summary judgment, the defendants intend to file an interlocutory appeal of the court's ruling on the issue of qualified immunity.

Accordingly,

IT IS ORDERED that this case is removed from Judge Gerrard's trial docket pending further order of the court.

July 15, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge