IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RONALD NATTRESS, | |
|---|---|
| Plaintiff, | 4:14-CV-3161 |
| vs. | JUDGMENT |
| LANCASTER COUNTY, NEBRASKA, et al., | |
| Defendants. | |

Upon the parties' Stipulation and Joint Motion to Dismiss (filing 60), this matter is dismissed with prejudice.

Dated this 23rd day of December, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge